Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–23628–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jill B Vitale
81 Cardinal Drive
Jackson, NJ 08527

Social Security No.:
xxx–xx–9388

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 18, 2018.

On 12/26/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: January 22, 2019
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 28, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-23628-MBK
Jill B Vitale                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 28, 2018
                              Form ID: 185             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2018.
db              +Jill B Vitale,    81 Cardinal Drive,    Jackson, NJ 08527-3173
515633994       +Centra State Healthcare Systems,    P.O. Box 838,    Mahwah, NJ 07430-0838
515633995       +Central Jersey Emergency Medicine Assoc.,    P.O. Box 808,    Grand Rapids, MI 49518-0808
515633996       +Cntl Jer Adj,    201 Central Ave,    Westfield, NJ 07090-2151
515633997       +Freehold Area Radiology,    P.O. Box 6548,    Freehold, NJ 07728-6548
515856537        LVNV FUNDING LLC C/O SHELLPOINT MORTGAGE SERVICING,    PO BOX 10826,    GREENVILLE SC 29603-0826
515633998       +Med-Trans Air Medical Transport,    PO Box 708,    West Plains, MO 65775-0708
515634000       +Meridian Laboratory Physicians,    P.O. box 60280,    North Charleston, SC 29419-0280
515634001       +Meridian Pediatric Assoc.,    P.O. Box 416768,    Boston, MA 02241-6768
515634002       +Monmouth Ocean Hosptial Service Corp.,    4806 Megill Road,    Suite 3,    Neptune, NJ 07753-6926
515888346      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:     State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515634004       +Shellpoint Mortgage Se,    55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
515634005       +Southern Ocean Med GRP P.C.,    P. O. Box 416289,    Boston, MA 02241-6289
515884991       +State of New Jersey,    Department of Treasury,    PO Box 002,    Trenton, NJ 08625-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 28 2018 22:51:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 28 2018 22:51:00      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              +E-mail/Text: jennifer.chacon@spservicing.com Dec 28 2018 22:51:31
                 SPS Mortgage/Deutsche Bank,    PO Box 65250,    Salt Lake City, UT 84165-0250
516101542       +E-mail/Text: cio.bncmail@irs.gov Dec 28 2018 22:50:50      IRS,    POB 4346,
                 Philadelphia, PA 19118-8346
515652895       +E-mail/Text: bankruptcyreports@wakeassoc.com Dec 28 2018 22:51:22      Med Trans Fresh,
                 c/o Wakefield & Assoc., Inc.,    830 E. Platte Ave.,    PO Box 58,    Fort Morgan, CO 80701-0058
515633999        E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Dec 28 2018 22:51:20
                 Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
515634003       +E-mail/Text: jennifer.chacon@spservicing.com Dec 28 2018 22:51:31      Selet Portfolio Servicing,
                 Po Box 65250,    Salt Lake City, UT 84165-0250
515634006       +E-mail/Text: bankruptcyreports@wakeassoc.com Dec 28 2018 22:51:22
                 Wakefield & Associates Inc.,    Po Box 58,    Fort Morgan, CO 80701-0058
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515884990*      +Internal Revenue Service,    PO Box 9012,    Holtsville, NY 11742-9012
515633993      ##+Acb Receivables Mngmt,    19 Main St,    Asbury Park, NJ 07712-7012
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Dec 28, 2018
                              Form ID: 185             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Kevin Gordon McDonald    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ON BEHALF OF FINANCIAL ASSET SECURITIES CORP., SOUNDVIEW HOME LOAN TRUST 2007-WMC1, ASSET BACKED CERTIFICATES, SERIES 2007-WMC1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
        William H. Oliver, Jr.    on behalf of Debtor Jill B Vitale bkwoliver@aol.com, R59915@notify.bestcase.com

        TOTAL: 5