| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> William H. Oliver, Jr., Esq. <br> 2240 Highway 33, Suite 112, PO Box 667 <br> Neptune, NJ 07753 <br> bkwoliver@aol.com <br> 732-988-1500/FAX 732-775-7404 <br><br> In re: <br><br> JILL B. VITALE, <br><br>     Debtor | **Order Filed on January 2, 2019** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** <br><br> Case No.  15-23628 <br><br> Chapter:  13 <br><br> Hearing Date: <br><br> Judge:  Michael B. Kaplan |

## <u>AMENDED</u>
## <u>ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES</u>

The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: January 2, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $____800_____ for services rendered and expenses in the amount of $____n/a____ for a total of $____800_____. The allowance shall be payable:

_XX_ through the Chapter 13 plan as an administrative priority.

____ outside the plan.

The debtor's monthly plan is modified to require a payment of $__444____ per month for ___13___ months to allow for payment of the aforesaid fee.