_____

UNITED STATES BANKRUPTCY COURT |
DISTRICT OF NEW JERSEY |

_____ |

Caption in Compliance with D.N.J. LBR 9004-2(c) |

|

William H. Oliver, Jr., Esq. |
2240 Highway 33, Suite 112, PO Box 667 |
Neptune, NJ 07753 |
bkwoliver@aol.com |
732-988-1500/FAX 732-775-7404 |

_____ |

In re: |

|

JILL B. VITALE, |

|

           Debtor |

|

_____ |

**Order Filed on January 2, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.  15-23628

Chapter:  13

Hearing Date:

Judge:  Michael B. Kaplan

## <u>AMENDED</u>
## <u>ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES</u>

     The relief set forth on the following pages, number two (2) through __2__ is
hereby **ORDERED.**

**DATED: January 2, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic

Chapter 13 services has been rendered, and no objections having been raised, it

is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is

allowed a fee of $____800_____ for services rendered and expenses in the amount

of  $____n/a____ for a total of $____800_____.  The allowance shall be payable:

_XX_ through the Chapter 13 plan as an administrative priority.

____ outside the plan.

The debtor's monthly plan is modified to require a payment of $__444____

per month for ___13___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-23628-MBK
Jill B Vitale                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Jan 02, 2019
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2019.
db             +Jill B Vitale,    81 Cardinal Drive,    Jackson, NJ 08527-3173

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY ON BEHALF OF
           FINANCIAL ASSET SECURITIES CORP., SOUNDVIEW HOME LOAN TRUST 2007-WMC1, ASSET BACKED CERTIFICATES,
           SERIES 2007-WMC1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          William H. Oliver, Jr.    on behalf of Debtor Jill B Vitale bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                              TOTAL: 5