UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JILL B . VITALE,

Debtor

Case No.:   15-23628

Chapter:    13

Hearing Date:   n/a

Judge:   Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: April 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____400.00_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ❑ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____425_____ per month for ___9___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Jill B Vitale  
      Debtor

Case No. 15-23628-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 26, 2019  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.  
db         +Jill B Vitale,   81 Cardinal Drive,   Jackson, NJ 08527-3173

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:  
      Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo   docs@russotrustee.com  
      Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Kevin Gordon McDonald   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY ON BEHALF OF FINANCIAL ASSET SECURITIES CORP., SOUNDVIEW HOME LOAN TRUST 2007-WMC1, ASSET BACKED CERTIFICATES, SERIES 2007-WMC1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
      William H. Oliver, Jr.   on behalf of Debtor Jill B Vitale bkwoliver@aol.com, R59915@notify.bestcase.com  
      TOTAL: 5